```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17488
   TRELANE ALEXANDRIA GRAYSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-2474


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/25/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 10/17/2007.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
FLATRON FINANCE          SECURED NOT I    NOT FILED          .00          .00
BLACKHAWK CU             SECURED NOT I    25889.07           .00          .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED          .00          .00
HBLC                     UNSECURED        NOT FILED          .00          .00
CBCS                     UNSECURED        NOT FILED          .00          .00
COLLECTION COMPANY OF AM UNSECURED        NOT FILED          .00          .00
CREDIT PROTECTION        UNSECURED        NOT FILED          .00          .00
DEPENDON COLLECTION      UNSECURED        NOT FILED          .00          .00
DEPENDON COLLECTION      UNSECURED        NOT FILED          .00          .00
DEPENDON COLLECTION      UNSECURED        NOT FILED          .00          .00
NICK KALAMOTOUSAKI       UNSECURED        NOT FILED          .00          .00
CENTRIX RESOURCE SYSTEM  UNSECURED        NOT FILED          .00          .00
PLAINES COMMERCE BANK    UNSECURED        NOT FILED          .00          .00
RECEIVABLE MANAGEMENT IN UNSECURED        NOT FILED          .00          .00
RECEIVABLE MANAGEMENT IN UNSECURED        NOT FILED          .00          .00
RECEIVABLE MANAGEMENT IN UNSECURED        NOT FILED          .00          .00
RECEIVABLE MANAGEMENT IN UNSECURED        NOT FILED          .00          .00
RECEIVABLE MANAGEMENT IN UNSECURED        NOT FILED          .00          .00
RECEIVABLE MANAGEMENT IN UNSECURED        NOT FILED          .00          .00
RECEIVABLE MANAGEMENT IN UNSECURED        NOT FILED          .00          .00
SUPERIOR ASSET MANAGEMEN UNSECURED        NOT FILED          .00          .00
LGBS                     UNSECURED        NOT FILED          .00          .00
GC SERVICES LIMITED PART UNSECURED        NOT FILED          .00          .00
PRO SE DEBTOR            DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                       .00
SECURED                                        .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17488 TRELANE ALEXANDRIA GRAYSON
```

```
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                          ---------------    ---------------
TOTALS                                               .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE